## WHEELER v. GEORGE J. GRANT CONSTRUCTION COMPANY.

[No. 10,988.    Filed April 26, 1922.]

From Marion Superior Court (    ); V. G. Clifford, Judge..

Action between Frank Wheeler and the George J. Grant Construction Company. From the judgment rendered, the former appeals. Affirmed.

Joseph E. Bell and Walter Meyers, for appellant.

Samuel D. Miller, Frank C. Dailey, William H. Thompson and Albert L. Rabb, for appellee.

REMY, J.—The questions involved in this appeal, and which have been properly presented, are the same as those decided by the Supreme Court in the cause of Wheeler v. St. Paul Crushed Stone Co. (1921), 191 Ind. 75, 132 N. E. 1, on the authority of which the judgment is affirmed as of the date of submission.

## BOSWELL v. WARNER ET AL.

[No. 11,187.    Filed February 16, 1922.    Rehearing denied April 26, 1922.]

From Johnson Circuit Court; Fremont Miller, Judge.

Action between Philip A. Boswell and John C. Warner and another. From the judgment rendered, the former appeals. Affirmed.

Ivory J. Drybread and William Featherngill, for appellant.

Staff & Staff and Henry E. White, for appellees.

PER CURIAM.—Judgment affirmed.

## WEBB v. RESERVE LIFE LOAN INSURANCE COMPANY.

[No. 11,291.    Filed April 27, 1922.]

From Shelby Circuit Court; Alonzo Blair, Judge.

Action between James F. Webb and the Reserve Life Loan Insurance Company. From the judgment rendered, the former appeals. Affirmed.